## STATE ex rel. KENNEDY & DENNY CO., Inc., v. GULF, C. & S. F. RY. CO.
### No. 5832.

Court of Appeal of Louisiana.
Second Circuit.

Oct. 7, 1938.

Dickson & Denny, of Shreveport, for petitioner.

J. N. Marcantel, of Shreveport, for respondent.

PER CURIAM.

Writs refused for the reason that this Court is without supervisory jurisdiction except in aid of our appellate jurisdiction.